UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

| In re: | § | |
|---|---|---|
| | § | |
| VREELAND, JAMES S. | § | Case No. 09-15796 JPC |
| VREELAND, KAREN M. | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Frances Gecker, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
    Kenneth S. Gardner
    219 S. Dearborn Street
    7th Floor
    Chicago, Illinois 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 07/22/2010 in Courtroom 619,
    United States Courthouse
    219 S. Dearborn Street
    Chicago, Illinois 60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 06/16/2010      By: _____

*Frances Gecker*
*325 N. LaSalle Street*
*Suite 625*
*Chicago, IL 60654*

UST Form 101-7-NFR (9/1/2009) *(Page: 1)*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

In re: §
§
VREELAND, JAMES S. § Case No. 09-15796 JPC
VREELAND, KAREN M. §
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 1,447.78 |
| *and approved disbursements of* | $ | 0.00 |
| *leaving a balance on hand of*[1] | $ | 1,447.78 |

Claims of secured creditors will be paid as follows:

| Claimant | Proposed Payment |
|---|---|
| | $ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| Trustee: Frances Gecker | $ 361.95 | $ 0.00 |
| Attorney for trustee: | $ | $ |
| Appraiser: | $ | $ |
| Auctioneer: | $ | $ |
| Accountant: | $ | $ |
| Special Attorney for trustee: | $ | $ |
| Charges: | $ | $ |
| Fees: | $ | $ |
| Other: | $ | $ |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (9/1/2009) *(Page: 2)*

|  | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| Other: | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

|  | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| Attorney for debtor: | | $ | $ |
| Attorney for: | | $ | $ |
| Accountant for: | | $ | $ |
| Appraiser for: | | $ | $ |
| Other: | | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 47,641.08 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.3 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | AMERICAN INFOSOURCE LP AS AGENT FOR | $ 6,015.11 | $ 137.10 |
| 000002 | Chase Bank USA, N.A. | $ 7,188.59 | $ 163.84 |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000003 | PRA Receivables Management, LLC | $ 14,019.85 | $ 319.54 |
| 000004 | Chase Bank USA, N.A | $ 1,496.57 | $ 34.11 |
| 000005 | GE Money Bank dba LOWES CONSUMER | $ 1,677.98 | $ 38.24 |
| 000006 | Capital Recovery III LLC As Assignee of CAPITAL ON | $ 13,439.28 | $ 306.31 |
| 000007 | GE Money Bank dba SELECT COMFORT/GEMB | $ 3,803.70 | $ 86.69 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00 .

Prepared By: /s/Frances Gecker
Chapter 7 Trustee

*Frances Gecker*
*325 N. LaSalle Street*
*Suite 625*
*Chicago, IL 60654*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: lhatch                 Page 1 of 2                   Date Rcvd: Jun 17, 2010
Case: 09-15796                 Form ID: pdf006              Total Noticed: 34

The following entities were noticed by first class mail on Jun 19, 2010.
db/jdb        +James S. Vreeland,    Karen M. Vreeland,    2509 Meadow Drive,    Rolling Meadows, IL 60008-1550
aty            J Kevin Benjamin,    Benjamin Legal Services, P.L.C.,    343 W. Erie Street,    Suite 320,
                Chicago, IL 60654-5735
aty           +Zane L Zielinski,    Frank/Gecker LLP,    325 N. LaSalle,    Suite 625,    Chicago, IL 60654-6465
13859895      +American General Finan,    160 E Golf Rd Ste 10,    Schaumburg, IL 60173-3726
13859898      +Beneficial Finance,    P.O. Box 17574,    Baltimore, MD 21297-1574
13859899      +Blatt, Hasenmiller, Leibsker & Moore LLC,     125 S. Wacker Drive,    Suite 400,
                Chicago, Illinois 60606-4440
13859917     ++CHASE CARD SERVICES,    201 NORTH WALNUT STREET,    ATTN MARK PASCALE,    MAIL STOP DE1-1406,
                WILMINGTON DE 19801-2920
              (address filed with court: Washington Mutual Bank,     P. O. Box 660487,    Dallas, TX 75266-0487)
13859900      +Caf,    Attn: Bankruptcy,    PO Box 15678,    Wilmington, DE 19850-5678
13859901      +Capital 1 Bank,    Attn: C/O TSYS Debt Management,    PO Box 5155,    Norcross, GA 30091-5155
13859902      +Capital One,    P.O. Box 5294,    Carol Stream, IL 60197-5294
13859903      +Capital One, N.a.,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4704
13859904      +Chase - Cc,    Attention: Banktruptcy Department,    PO Box 15298,    Wilmintgon, DE 19850-5298
13859905      +Chase Bank,    P.O. Box 15153,    Wilmington, DE 19850-5153
14812201       Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
14919870      +Chase Bank USA,N.A,    c/o Creditors Bankruptcy Service,     P O Box 740933,    Dallas,Tx 75374-0933
13859906       First Premier Bank,    P.O. Box 5519,    Sioux Falls, SD 57117-5519
13859908       Juniper,    Card Services,    P.O. Box 13337,    Philadelphia, PA 19101-3337
13859911      +Macys/fdsb,    Macy’s Bankruptcy,    PO Box 8053,    Mason, OH 45040-8053
14908618      +PRA Receivables Management, LLC,     As Agent Of Portfolio Recovery Assocs.,    c/o Beneficial,
                POB 41067,    NORFOLK VA 23541-1067
13859915     ++TRIAD FINANCIAL CORP,    5201 RUFE SNOW DRIVE,    SUITE 400,    NORTH RICHLAND HILLS TX 76180-6036
              (address filed with court: Triad Financial,     P.O. Box 982025,
                North Richland Hills, TX 76182-8025)
13859913       Target National Bank,    P.O. Box 59317,    Minneapolis, MN 55459-0317
13859914      +Tnb-visa,    PO Box 9475,    Minneapolis, MN 55440-9475
13859916     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court: U.S. Bank,     4801 Frederich Street,    Owensboro, KY 42301)
The following entities were noticed by electronic transmission on Jun 17, 2010.
tr            +E-mail/Text: csmith@fgllp.com                            Frances Gecker,    325 North LaSalle Street,
                Suite 625,    Chicago, IL 60654-6465
14758027       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 18 2010 00:15:14
                AMERICAN INFOSOURCE LP AS AGENT FOR,    TARGET,    PO Box 248866,    Oklahoma City, OK 73124-8866
13859896      +E-mail/PDF: CBP@AGFINANCE.COM Jun 18 2010 00:17:10      American General Finance,    PO Box 3121,
                Evansville, IN 47731-3121
13859897      +E-mail/Text: ACF-EBN@acf-inc.com                            Atlantic Crd,    P O Box 13386,
                Roanoke, VA 24033-3386
15044738      +E-mail/PDF: rmscedi@recoverycorp.com Jun 18 2010 00:18:52
                Capital Recovery III LLC As Assignee of CAPITAL ON,     Care of Recovery Management Systems Corp,
                25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
14952823      +E-mail/PDF: gecsedi@recoverycorp.com Jun 18 2010 00:18:51      GE Money Bank dba LOWES CONSUMER,
                Care of Recovery Management Systems Corp,    25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
15053444      +E-mail/PDF: gecsedi@recoverycorp.com Jun 18 2010 00:18:51
                GE Money Bank dba SELECT COMFORT/GEMB,    Care of Recovery Management Systems Corp,
                25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
13859907      +E-mail/PDF: gecsedi@recoverycorp.com Jun 18 2010 00:18:51      Gemb/select Comfort,
                Po Box 981439,    El Paso, TX 79998-1439
13859909      +E-mail/PDF: cr-bankruptcy@kohls.com Jun 18 2010 00:17:33      Kohls,    Attn: Recovery,
                PO Box 3120,    Milwaukee, WI 53201-3120
13859910      +E-mail/PDF: gecsedi@recoverycorp.com Jun 18 2010 00:18:51      Lowes / MBGA,
                Attention: Bankruptcy Department,    PO Box 103106,    Roswell, GA 30076-9106
13859912       E-mail/Text: bankruptcy@oldnational.com                            Old National Bank,
                P.O. Box 3728,    Evansville, IN 47736-3728
                                                                                              TOTAL: 11

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked ’++’ were redirected to the recipient’s preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-1          User: lhatch              Page 2 of 2              Date Rcvd: Jun 17, 2010
Case: 09-15796                Form ID: pdf006           Total Noticed: 34

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 19, 2010**                    **Signature:**    *Joseph Speetjens*