UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
VREELAND, JAMES S. § Case No. 09-15796
VREELAND, KAREN M. §
§
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Frances Gecker, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $         (see **Exhibit 2**), yielded net receipts of $         from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4)  This case was originally filed under chapter ____ on _____. The case was pending for ____ months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/Frances Gecker_____
                                                               Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Old National Bank P.O. Box 3728 Evansville, IN 47736-3728 |  |  |  |  |  |
| Triad Financial P.O. Box 982025 North Richland Hills, TX 76182-8025 |  |  |  |  |  |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| U.S. Bank 4801 Frederich Street Owensboro, KY 42301 | | | | | |
| TOTAL SECURED CLAIMS | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| FRANCES GECKER | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIORITY UNSECURED CLAIMS | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| American General Finan 160 E Golf Rd Ste 10 Schaumburg, IL 60173 | | | | | |
| American General Finance PO Box 3121 Evansville, IN 47731 | | | | | |
| Atlantic Crd P O Box 13386 Roanoke, VA 24033 | | | | | |
| Beneficial Finance P.O. Box 17574 Baltimore, MD 31297 | | | | | |
| Blatt, Hasenmiller, Leibsker & Moore LLC 125 S. Wacker Drive Suite 400 Chicago, Illinois  60606 | | | | | |
| Caf Attn: Bankruptcy PO Box 15678 Wilmington, DE 19850 | | | | | |
| Capital 1 Bank Attn: C/O TSYS Debt Management PO Box 5155 Norcross, GA 30091 | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Capital 1 Bank Attn: C/O TSYS Debt Management PO Box 5155 Norcross, GA 30091 | | | | | |
| Capital One P.O. Box 5294 Carol Stream, IL 60197 | | | | | |
| Chase Bank P.O. Box 15153 Wilmington, DE.  19866 | | | | | |
| First Premier Bank P.O. Box 5519 Sioux Falls, SD 57117-5519 | | | | | |
| First Premier Bank P.O. Box 5519 Sioux Falls, SD 57117-5519 | | | | | |
| Juniper Card Services P.O. Box 13337 Philadelphia, PA 19101-3337 | | | | | |
| Kohls Attn:  Recovery PO Box 3120 Milwaukee, WI 53201 | | | | | |
| Macys/fdsb Macy's Bankruptcy PO Box 8053 Mason, OH 45040 | | | | | |
| Tnb-visa PO Box 9475 Minneapolis, MN 55440 | | | | | |
| Washington Mutual Bank P. O. Box 660487 Dallas, TX 75266-0487 | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| CAPITAL RECOVERY III LLC AS ASSIGNE | | | | | |
| CHASE BANK USA, N.A. | | | | | |
| CHASE BANK USA,N.A | | | | | |
| GE MONEY BANK DBA LOWES CONSUMER | | | | | |
| GE MONEY BANK DBA SELECT COMFORT/GE | | | | | |
| PRA RECEIVABLES MANAGEMENT, LLC | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | $ | $ | $ | $ |

Case 09-15796  Doc 30  Filed 10/19/10  Entered 10/19/10 11:49:28  Desc Main
Document      Page 8 of 14

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 09-15796 | JPC | Judge: Jacqueline P. Cox | Trustee Name: | Frances Gecker |
|---|---|---|---|---|---|
| Case Name: | VREELAND, JAMES S. | | | Date Filed (f) or Converted (c): | 04/30/09 (f) |
| | VREELAND, KAREN M. | | | 341(a) Meeting Date: | 06/24/09 |
| For Period Ending: | 10/11/10 | | | Claims Bar Date: | 02/18/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2509 MEADOW DRIVE ROLLING MEADOWS, ILLINOIS 60008  Debtor Claimed Exemption | 250,000.00 | 773.00 | | 0.00 | FA |
| 2. CASH  Debtor Claimed Exemption | 50.00 | 50.00 | | 0.00 | FA |
| 3. CHARTER ONE CHECKING  Debtor Claimed Exemption | 160.00 | 160.00 | | 0.00 | FA |
| 4. CHARTER ONE SAVINGS  Debtor Claimed Exemption | 2.39 | 2.39 | | 0.00 | FA |
| 5. FURNISHINGS  Debtor Claimed Exemption | 900.00 | 900.00 | | 0.00 | FA |
| 6. DETOR 401(K) AH MANAGEMENT GROUP  Debtor Claimed Exemption | 10,000.00 | 10,000.00 | | 0.00 | FA |
| 7. JOINT DEBTOR 401(K) AT WORK  Debtor Claimed Exemption | 2,500.00 | 2,500.00 | | 0.00 | FA |
| 8. 2003 SILVERADO WITH 40,000 MILES | 9,875.00 | 9,875.00 | DA | 0.00 | FA |
| 9. 2004 KEYSTONE COUGER | 10,000.00 | 10,000.00 | DA | 0.00 | FA |
| 10. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.25 | Unknown |

LFORM1

UST Form 101-7-TDR (9/1/2009) *(Page: 8)*

Ver: 16.00

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 2

Exhibit 8

| Case No: | 09-15796 | JPC | Judge: Jacqueline P. Cox | Trustee Name: | Frances Gecker |
|---|---|---|---|---|---|
| Case Name: | VREELAND, JAMES S. | | | Date Filed (f) or Converted (c): | 04/30/09 (f) |
| | VREELAND, KAREN M. | | | 341(a) Meeting Date: | 06/24/09 |
| | | | | Claims Bar Date: | 02/18/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 11. FRAUDULENT TRANSFER (u) | 0.00 | 0.00 | | 1,447.55 | FA |
| TOTALS (Excluding Unknown Values) | $283,487.39 | $34,260.39 | | $1,447.80 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 06/01/10    Current Projected Date of Final Report (TFR): 04/15/10

    /s/    Frances Gecker
_____     Date: 10/11/10
    FRANCES GECKER

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-15796 -JPC | | Trustee Name: | Frances Gecker |
|---|---|---|---|---|
| Case Name: | VREELAND, JAMES S. | | Bank Name: | BANK OF AMERICA |
| | VREELAND, KAREN M. | | Account Number / CD #: | *******5502 MONEY MARKET |
| Taxpayer ID No: | 54-6876462 | | | |
| For Period Ending: | 10/11/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/17/09 | 11 | CSA - Credit Solutions of America, Inc.<br>12700 Park Central Drive, 21st Floor<br>Dallas, Texas 75251 | | 1241-000 | 1,447.55 | | 1,447.55 |
| 11/30/09 | 10 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.02 | | 1,447.57 |
| 12/31/09 | 10 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.04 | | 1,447.61 |
| 01/29/10 | 10 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.03 | | 1,447.64 |
| 02/26/10 | 10 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.03 | | 1,447.67 |
| 03/31/10 | 10 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.04 | | 1,447.71 |
| 04/30/10 | 10 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.04 | | 1,447.75 |
| 05/28/10 | 10 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.03 | | 1,447.78 |
| 06/16/10 | 10 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.02 | | 1,447.80 |
| 06/16/10 | | Transfer to Acct #*******5719 | Final Posting Transfer | 9999-000 | | 1,447.80 | 0.00 |

Page Subtotals    1,447.80    1,447.80

Ver: 16.00

LFORM24

UST Form 101-7-TDR (9/1/2009) (Page: 10)

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-15796 -JPC | | Trustee Name: | Frances Gecker |
|---|---|---|---|---|
| Case Name: | VREELAND, JAMES S. | | Bank Name: | BANK OF AMERICA |
| | VREELAND, KAREN M. | | Account Number / CD #: | *******5502 MONEY MARKET |
| Taxpayer ID No: | 54-6876462 | | | |
| For Period Ending: | 10/11/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 1,447.80 | 1,447.80 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 1,447.80 | |
| | | | Subtotal | | 1,447.80 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 1,447.80 | 0.00 | |

Page Subtotals       0.00         0.00

Ver: 16.00

LFORM24

UST Form 101-7-TDR (9/1/2009) *(Page: 11)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-15796 -JPC | | Trustee Name: | Frances Gecker |
| Case Name: | VREELAND, JAMES S. | | Bank Name: | BANK OF AMERICA |
| | VREELAND, KAREN M. | | Account Number / CD #: | *******5719 GENERAL CHECKING |
| Taxpayer ID No: | 54-6876462 | | | |
| For Period Ending: | 10/11/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/16/10 | | Transfer from Acct #*******5502 | Transfer In From MMA Account | 9999-000 | 1,447.80 | | 1,447.80 |
| 07/23/10 | 001000 | FRANCES GECKER<br>FRANK/GECKER LLP<br>325 N. LaSalle Street, Suite 625<br>Chicago, IL 60654 | Chapter 7 Compensation/Fees | 2100-000 | | 361.95 | 1,085.85 |
| 07/23/10 | 001001 | AMERICAN INFOSOURCE LP AS AGENT FOR TARGET<br>PO Box 248866<br>Oklahoma City, OK 73124-8866 | Claim 000001, Payment 2% | 7100-000 | | 137.10 | 948.75 |
| 07/23/10 | 001002 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000002, Payment 2% | 7100-000 | | 163.84 | 784.91 |
| 07/23/10 | 001003 | PRA Receivables Management, LLC<br>As Agent Of Portfolio Recovery Assocs.<br>c/o Beneficial<br>POB 41067<br>NORFOLK VA 23541 | Claim 000003, Payment 2% | 7100-000 | | 319.54 | 465.37 |
| 07/23/10 | 001004 | Chase Bank USA,N.A<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas,Tx 75374 | Claim 000004, Payment 2% | 7100-000 | | 34.11 | 431.26 |

Page Subtotals     1,447.80     1,016.54

Ver: 16.00

LFORM24

UST Form 101-7-TDR (9/1/2009) *(Page: 12)*

FORM 2

Page: 4

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 09-15796 -JPC | | Trustee Name: | Frances Gecker |
|---|---|---|---|---|
| Case Name: | VREELAND, JAMES S. | | Bank Name: | BANK OF AMERICA |
| | VREELAND, KAREN M. | | Account Number / CD #: | *******5719  GENERAL CHECKING |
| Taxpayer ID No: | 54-6876462 | | | |
| For Period Ending: | 10/11/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/23/10 | 001005 | GE Money Bank dba LOWES CONSUMER<br>Care of Recovery Management Systems Corp<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | Claim 000005, Payment 2% | 7100-000 | | 38.25 | 393.01 |
| 07/23/10 | 001006 | Capital Recovery III LLC As Assignee of CAPITAL ON<br>Care of Recovery Management Systems Corp<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131 | Claim 000006, Payment 2% | 7100-000 | | 306.31 | 86.70 |
| 07/23/10 | 001007 | GE Money Bank dba SELECT COMFORT/GEMB<br>Care of Recovery Management Systems Corp<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | Claim 000007, Payment 2% | 7100-000 | | 86.70 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 1,447.80 | 1,447.80 | 0.00 |
| Less:  Bank Transfers/CD's | 1,447.80 | 0.00 | |
| Subtotal | 0.00 | 1,447.80 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 0.00 | 1,447.80 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| MONEY MARKET - ********5502 | 1,447.80 | 0.00 | 0.00 |
| GENERAL CHECKING - ********5719 | 0.00 | 1,447.80 | 0.00 |
| | 1,447.80 | 1,447.80 | 0.00 |
| | (Excludes Account | (Excludes Payments | Total Funds |

Page Subtotals       0.00       431.26

Ver: 16.00

LFORM24

**UST Form 101-7-TDR (9/1/2009)** *(Page: 13)*

FORM 2

Page: 5

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 09-15796 -JPC | | Trustee Name: | Frances Gecker |
| Case Name: | VREELAND, JAMES S. | | Bank Name: | BANK OF AMERICA |
| | VREELAND, KAREN M. | | Account Number / CD #: | *******5719 GENERAL CHECKING |
| Taxpayer ID No: | 54-6876462 | | | |
| For Period Ending: | 10/11/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | MONEY MARKET - ********5502 | | Transfers) | To Debtors) | On Hand |
| | | | GENERAL CHECKING - ********5719 | | | | |

Frances Gecker, Trustee

　　　　　　　　　　/s/　　Frances Gecker
Trustee's Signature: _____ Date: _____
　　　　　　　　　FRANCES GECKER

　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page Subtotals　　　0.00　　　0.00

Ver: 16.00

LFORM24
**UST Form 101-7-TDR (9/1/2009)** *(Page: 14)*